# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHAEL SMITH,

        Plaintiff(s),

v.

CHRISTY CRAIG-ROHAN, JASMINE D. SPELLS, NAPH-CARE, SHERIFF JOE LOMBARDO, PHILLIP J. KOHN,

        Defendant(s).

2:18-cv-02207-JAD-VCF

**ORDER**

Before the court is the motion to stay expert disclosure pending outcome of Naphcare's motion to dismiss (ECF No. 41).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed. Here, it would seem as though plaintiff has consented to the granting of the instant motion.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the motion to stay expert disclosure pending outcome of Naphcare's motion to dismiss (ECF No. 41) is GRANTED.

IT IS FURTHER ORDERED that the expert/rebuttal disclosure deadline, discovery cut-off, dispositive motion deadline, and joint pretrial order deadline are stayed pending further order of the court. A new discovery plan and scheduling order deadline will be entered by the court after decision on the motion to dismiss, if necessary.

DATED this 28th day of January 2022.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE