# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michael Smith,

    Plaintiff

v.

Christy Craig-Rohan, et al.,

    Defendants

Case No.: 2:18-cv-02207-JAD-VCF

**Order Re: Suggestion of Death**

    Defendant NaphCare filed a suggestion of Plaintiff Michael Smith's death on the record on July 29, 2022.[1]  Federal Rule of Civil Procedure 25(a)(1) states that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. . . . If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Because Smith's death was noted in NaphCare's July 29, 2022, filing, IT IS ORDERED THAT any appropriate substitution motion must be filed by October 26, 2022, or this case will be dismissed under Rule 25 without further prior notice.

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                  October 3, 2022

---

[1] ECF No. 48.