**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Smith, | Case No.: 2:18-cv-02207-JAD-VCF |
| Plaintiff | |
| v. | **Order Dismissing Case** |
| Christy Craig-Rohan, et al., | |
| Defendants | |

On July 29, 2022, the defendant filed a suggestion of death upon the record, alerting the court that Plaintiff Michael Smith had died.[1]  I then filed an order under Federal Rule of Civil Procedure 25(a)(1), indicating that any appropriate substitution motion had to be filed by October 26, 2022, "or this case will be dismissed under Rule 25 without further prior notice."[2] Because no substitution motion—or anything else for that matter—has since been filed,

IT IS ORDERED that this case is DISMISSED under FRCP 25.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 16, 2023

---

[1] ECF No. 48.
[2] ECF No. 49.